UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HENRY PERRY SIRECI,

    Petitioner,

v.                                                 CASE NO. 6:02-cv-1160-Orl-31KRS

MICHAEL W. MOORE, et al.,

    Respondents.

_____

**<u>ORDER</u>**

On October 3, 2002, Petitioner filed his initial petition for habeas corpus relief pursuant to 28 U.S.C. § 2254 (Doc. No. 1). The case was administratively closed to allow Petitioner to exhaust his state remedies and subsequently reopened (Doc. No. 33). The petition states that the judgment of conviction under attack was entered by the "Orange County Circuit Court of the Ninth Judicial Circuit." *Id*. at 1. However, it appears that Petitioner may have been convicted and sentenced in the Seventh Judicial Circuit Court of Florida, which encompasses the counties of Volusia, Flagler, Putnam, and St. Johns.

Under 28 U.S.C. § 2241(d), a petition for federal habeas corpus relief "may be filed in the district court for the district wherein such person is in custody or in the district court for the district within which the State court was held which convicted and sentenced [the petitioner]." Thus, if Petitioner was convicted and sentenced in Flagler, Putnam, or St.

Johns County, his case should be transferred to the Jacksonville Division of the United States District Court for the Middle District of Florida. *See In re Green*, 39 F.3d 582 (5th Cir. 1994) (jurisdiction over federal habeas petition was in federal court of the county where the petitioner was convicted and sentenced, rather than the federal court of the county that issued the indictment and where the post-trial proceedings took place); *Norrid v. Dretke*, No. 3:06-CV-834-D, 2006 WL 1628071 (N.D. Tex. June 9, 2006) (transferring habeas case to the division of the district court where the petitioner was convicted and sentenced). Accordingly, not later than **FIFTEEN (15) DAYS** from the date of this order, Petitioner is ordered to file a memorandum addressing where he was convicted and sentenced.

      **DONE AND ORDERED** in Chambers at Orlando, Florida this 26th day of March, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
sc 3/26
Counsel of Record